No. 04–1143. BANNER RESTORATIONS, INC. *v.* BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM

1000

ET AL. C. A. 7th Cir. Certiorari denied.